Joshua H. Watson, SBN 238058
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*DA, BA, JA, minors suing under pseudonym by and through Guardian ad Litem*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JACKSON<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID SMITH<br><br>          Defendants. | Case No.:  2:20-cv-02347-WBS-AC<br><br>ORDER On PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME AND CONTINUANCE OF STATUS CONFERENCE<br><br>Date:         March 8, 2021<br><br>Courtroom: 5, 14th Floor<br>Judge:        Hon. William B. Shubb |

    The Court, having read and considered Plaintiff's Ex Parte Application for Extension of Time and Continuance of Status Conference, finding good cause, orders as follows:

1. Plaintiff shall serve the Complaint in this matter forthwith and obtain a responsive pleading or file default in 60 days from service.
2. The Status Conference in this matter is continued until: **June 7, 2021 at 1:30 p.m.** A status report shall be filed no later than **May 24, 2021.**

IT IS SO ORDERED.

Dated:  March 9, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE