Joshua H. Watson, SBN 238058
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiff
*DA, BA, JA, minors suing*
*under pseudonym by and*
*through Guardian ad Litem*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JACKSON<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, DAVID SMITH<br><br>　　　　　Defendants. | Case No.: 2:20-cv-02347-WBS-AC<br><br>ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME AND CONTINUANCE OF STATUS CONFERENCE<br><br>Date:　　　May 19, 2021<br><br>Courtroom: 5, 14th Floor<br>Judge:　　　Hon. William B. Shubb |

1

ORDER ON EX PARTE FOR EXTENSION OF TIME; CONTINUANCE

The Court, having read and considered Plaintiff's Ex Parte Application for Extension of Time and Continuance of Status Conference, finding good cause, orders as follows:

The Status Conference in this matter is continued until: **August 2, 2021 at 1:30 p.m.** joint status report shall be filed no later than **July 19, 2021**.

IT IS SO ORDERED.

Dated: May 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE