Philip J. Terry (SBN 148144)
pjterry@cmprlaw.com
Justin D. Hein (SBN )
jhein@cmprlaw.com
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendant
DAVID SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JACKSON<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID SMITH,<br><br>    Defendants. | Case No: 2:20-cv-02347-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**<br><br>Complaint filed: November 23, 2020 |

Having considered the Joint Stipulation entered and filed by respective counsel to Plaintiff EMMA JACKSON and Defendant DAVID SMITH, and finding good cause therefore,

IT IS HEREBY ORDERED that the Entry of Default against Defendant DAVID SMITH is set aside. Defendant DAVID SMITH is ORDERED to file a responsive pleading or motion within twenty-one days of the entry of this Order.

IT IS SO ORDERED.

Dated: June 2, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE