Philip J. Terry (SBN 148144)
pjterry@cmprlaw.com
Justin D. Hein (SBN )
jhein@cmprlaw.com
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendant
DAVID SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JACKSON<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID SMITH,<br><br>    Defendants. | Case No: 2:20-cv-02347-WBS-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT DAVID SMITH TO RESPOND TO COMPLAINT**<br><br>Complaint filed: November 23, 2020<br>Courtroom: 5, 14th Floor<br>Judge:     Hon. William B. Shubb |

Plaintiff EMMA JACKSON ("Plaintiff") and Defendant DAVID SMITH, ("Defendant"), by and through their counsel, stipulate and agree as follows:

WHEREAS, Defendant was served with Plaintiff's Complaint on April 15, 2021.

WHEREAS, by way of order of this Court, Defendant was to respond to Plaintiff's Complaint by no later than June 23, 2021 (see ECF No. 15).

WHEREAS, Defendant and Plaintiff now agree that Defendant shall be granted an extension of time to file a response to the Complaint through and including August 23, 2021.

1

IT IS SO STIPULATED.

Dated: June 14, 2021                CARLE, MACKIE, POWER & ROSS LLP

By: /s/ Justin D. Hein
Philip J. Terry
Justin D. Hein
Attorneys for Defendant
DAVID A. SMITH, M.D.

Dated: June 14, 2021                CLAYEO C. ARNOLD, PC

By: /s/ Joshua H. Watson
Joshua H. Watson
Attorneys for Plaintiff
EMMA JACKSON

## ORDER

The Court having reviewed the Stipulation of the parties, and finding good cause, orders the following:

Defendant DAVID SMITH shall have through and including August 23, 2021 to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: JUNE 15, 2021

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE