Philip J. Terry (SBN 148144)
pjterry@cmprlaw.com
Justin D. Hein (SBN )
jhein@cmprlaw.com
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Defendant
DAVID A. SMITH, M.D.,
sued herein as DAVID SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DAVID SMITH,<br><br>    Defendants. | Case No: 2:20-cv-02347-WBS-AC<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT DAVID SMITH**<br><br>Complaint filed: November 23, 2020<br>Courtroom: 5, 14th Floor<br>Judge:     Hon. William B. Shubb |

The Court having reviewed the Stipulation of the parties, and finding good cause, orders the following:

Defendant DAVID SMITH is hereby dismissed from Plaintiff's Complaint without prejudice due to the absence of subject matter jurisdiction in light of the dismissal of the UNITED STATES OF AMERICA.

**IT IS SO ORDERED.**

Dated: July 12, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE